IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBRA VICKROY, Individually and as
Special Administrator for the Estate of
Lloyd Vickroy, deceased,

    **Plaintiff,**

  VS.

A. W. CHESTERTON, INC., et al

    **Defendants.**                        NO. 11-CV-531-DRH

**O R D E R**

**HERNDON, Chief Judge**

Pursuant to **28 U.S.C. §455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter. Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge Michael J. Reagan. All further documents filed in this matter shall bear case number **11-CV-531-MJR.**

    **IT IS SO ORDERED.**

**DATED:** June 27, 2011

Digitally signed by
David R. Herndon
Date: 2011.06.27
16:36:39 -05'00'

CHIEF JUDGE
U.S. DISTRICT COURT